UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth PATTERSON, Defendant–Appellant.

No. 11–15089
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 23, 2012.

Kim Dammers, Lawrence R. Sommerfeld, Timothy J. Storino, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Mary Erickson, Law Office of Mary Erickson, P.C., Atlanta, GA, for Defendant–Appellant.

Before BARKETT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Kenneth Patterson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Patterson's conviction and sentence are **AFFIRMED.**